**BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**THE BIG GUNS INJURY ATTORNEYS**
4045 Spencer Street Suite A52
Las Vegas, NV 89119
Telephone: (702) 500-GUNS
Facsimile: (702) 628-7095
service@thebigguns.law
Attorneys for Plaintiff
Rosalina Gutierrez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSALINA GUITERREZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; DOES I through X; ROE ENTITIES I through X, inclusive, jointly and severally<br><br>Defendants | 2:24-cv-01075-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY (THIRD REQUEST)** |

Plaintiff Rosalina Gutierrez and Defendant Otis Elevator Company by and through their respective counsel of record, hereby stipulate and agree to continue the discovery dates in this matter and request that the court enter a new Discovery Scheduling Order containing said agreed-upon dates.

**A.   STATEMENT SPECIFYING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. Plaintiff's initial disclosures

2.  Defendant's initial disclosures

3.  Defendant's Requests for production of Documents

4.  Defendant's Interrogatories

5.  Plaintiff's interrogatories to defendant

6.  Plaintiff's requests for production of documents to defendant

7.  Plaintiff's first set of requests for admission to defendant

**B.   A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1.  Deposition of Plaintiff

2.  IME of Plaintiff

3.  Deposition of Defendant

4.  Depositions of treating providers of the plaintiff

5.  Site inspection

6.  Initial Expert disclosures

7.  Rebuttal Expert Disclosures

8.  Depositions of Experts

**C.   THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

The parties have engaged in preliminary discovery but have had difficulties with scheduling as it relates to certain depositions. Moreover, the plaintiff is continuing the pursuit of her workers compensation claim, which is making it

difficult to determine the final determinations as to disability, the scope of ongoing and future treatment, as well as any potential final lien amount that may be due the worker's compensation carrier in the future. Combined with ongoing treatment, this is creating a moving target for both the plaintiff and defense to figure out while time remaining for discovery continues to pass.

The parties believe an extra sixty days will allow for sufficient time to complete discovery, if not get the parties to a point where pre-trial resolution might occur.

**D.    A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

| *Deadline* | *Old Cut-off* | *New Cut-off* |
| --- | --- | --- |
| Amend Pleadings or Add Parties: | **June 1, 2025** | **August 1, 2025** |
| Initial Expert Disclosures: | **June 1, 2025** | **August 1, 2025** |
| Rebuttal Expert Disclosure: | **July 1, 2025** | **August 31, 2025** |
| Close of Discovery: | **July 31, 2025** | **September 30, 2025** |
| Dispositive Motion Deadline: | **August 30, 2025** | **October 30, 2025** |

F.   SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.

SO AGREED.

| | |
|---|---|
| DATED May 12, 2025 | DATED May 12, 2025 |
| **THE BIG GUNS INJURY ATTORNEYS** | **TUCKER ELLIS LLP** |
| /s/Benjamin J. Carman | /s/Su-Lyn Combs |
| BENJAMIN J. CARMAN, ESQ. | VASUDHSIRI T. SATHIENMARS, ESQ. |
| ADAM C. EDWARDS, ESQ. | SU-LYN COMBS, ESQ. |
| Attorneys for Plaintiff Rosalina Gutierrez | Attorneys for Defendant Otis Elevator Company |

**IT IS SO ORDERED;** provided, however, no further extensions will be granted absent completion of substantially all remaining discovery.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: May 12, 2025**