1 **BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
2 **ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
3 **THE BIG GUNS INJURY ATTORNEYS**
4045 Spencer Street Suite A52
4 Las Vegas, NV 89119
Telephone: (702) 500-GUNS
5 Facsimile: (702) 628-7095
service@thebigguns.law
6 Attorneys for Plaintiff
Rosalina Gutierrez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| ROSALINA GUITERREZ, an individual; | 2:24-cv-01075-JAD-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER STAYING CASE UNTIL DECEMBER 15, 2025** |
| v. | |
| OTIS ELEVATOR COMPANY, a foreign corporation;  DOES I through X; ROE ENTITIES I through X, inclusive, jointly and severally | |
| | ECF No. 26 |
| Defendants | |

Plaintiff Rosalina Gutierrez and Defendant Otis Elevator Company by and through their respective counsel of record, hereby stipulate and agree to stay this matter for a period of five months pending resolution of the plaintiff's worker's compensation claim.

In order to avoid the jurisdictional bar imposed by the statute of limitations, plaintiff had to file this matter when she did even though her worker's

1
STIPULATION AND ORDER TO STAY MATTER PENDING RESOLUTION OF WORKER'S COMPENSATION CLAIM

compensation claim and associated treatment were incomplete. In that time, Nevada law concerning worker's compensation carrier liens changed, twice, and she has yet to conclude her worker's compensation claim. Specifically, she is still awaiting a final disability rating and payment for the same, and she is also still undergoing treatment. Plaintiff anticipates that this will happen sometime in the next three months, but is uncertain as to the exact timeline.

In the interest of allowing the defendant to conclude discovery and conduct a medical examination, and to also facilitate the potential pre-trial settlement of this matter once the prospective workers compensation lien amount can actually be calculated, the parties agree that a stay of this matter pending the resolution of the claim is in the interests of the parties and of judicial economy. Rather than continue to ask for extensions of time to conduct further discovery, a stay of the matter will enable the defendant to resume discovery in the form of the deposition of the plaintiff and a medical examination once plaintiff's medical situation and worker's compensation claim status is resolved. There is also a strong likelihood that a finalized worker's compensation claim will also allow the parties to reach a swift resolution of this case.

Therefore, the Parties hereby stipulate and request the Court enter an order staying this matter for a period of five months.

//

//

2
STIPULATION AND ORDER TO STAY MATTER PENDING RESOLUTION OF WORKER'S COMPENSATION CLAIM

**SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

**SO AGREED.**

| | |
|---|---|
| DATED July 16, 2025 | DATED July 16, 2025 |
| **THE BIG GUNS INJURY ATTORNEYS** | **TUCKER ELLIS** |
| /s/Benjamin J. Carman | /s/Su-Lyn Combs |
| BENJAMIN J. CARMAN, ESQ. | VASUDHSIRI T. SATHIENMARS, ESQ. |
| ADAM C. EDWARDS, ESQ. | SU-LYN COMBS, ESQ. |
| Attorneys for Plaintiff Rosalina Gutierrez | Attorneys for Defendant Otis Elevator Company |

### ORDER

Upon Stipulation by Counsel for the Parties [ECF No. 26], and good cause appearing therefore, IT IS HEREBY ORDERED that **this matter is stayed for all purposes until December 15, 2025.** The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.

_____
District Court Judge  7-18-25