REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
-&-
SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP.
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
su-lyn.combs@tuckerellis.com
*Attorneys for Defendant*
*Otis Elevator Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSALINA GUITERREZ, an individual; | CASE NO.  2:24-cv-01075-JAD-EJY |
| Plaintiff, | |
| vs. | |
| OTIS ELEVATOR COMPANY, a foreign corporation; DOES I through X; ROE ENTITIES I through X, inclusive, jointly, and severally. | ECF No. 28 |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that all claims related to the Complaint in the above-entitled matter be dismissed with prejudice, all parties to bear their own costs and attorney's fees.

. . .

. . .

. . .

DATED this 13th day of ~~April~~ May, 2026.

THE BIG GUNS INJURY ATTORNEYS

_____

Benjamin J. Carman, Esq.
Nevada Bar No. 12565
4045 Spencer Street Suite A52
Las Vegas, Nevada 89119
*Attorneys for Plaintiffs*

DATED this 14th day of May 2026.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Rebecca L. Mastrangelo
_____

Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
700 South Third Street
Las Vegas, Nevada  89101
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 28]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____

U.S. District Judge Jennifer A. Dorsey
Dated: May 15, 2026